UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | M.B.D. Case No. 20-mc-91333 |
| ) | |
| KELVIN BARROS,   ) | |
| DARIUS BASS,   ) | |
| MOSES CABRAL,   ) | |
| DAMIAN CORTEZ,   ) | |
| JOSEPH GOMES,   ) | |
| WILSON GONCALVES-MENDES, ) | |
| DAVID RODRIGUEZ,   ) | |
| ) | |
| Defendants   ) | |

**MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME
FOR FILING AN INDICTMENT OR INFORMATION, AND
EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Michael Crowley, with the agreement of counsel for the defendants Kelvin Barros, Darius Bass, Moses Cabral, Damian Cortez, Joseph Gomes, Wilson Goncalves-Mendes, and David Rodriguez, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from July 16, 2020, through and including September 19, 2020, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendants in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the parties state as follows:

1. The defendants were charged by a complaint; the case was initiated against Defendant by a criminal complaint in *United States v. Michael Brandao et al,* Case No. 20-MJ-06383-MPK. Per Order of the District Court, regular grand juries have been postponed through the end of August 2020 due to the present health crisis. The government is preparing initial discovery regarding the case, and will provide the initial discovery to counsel for the defendants.

2. The requested exclusion of time will permit defense counsel to adequately confer with the defendants, and allow the government sufficient time to produce initial discovery. This discovery will allow the defendants to prepare for trial, as well as to review a potential resolution of the case. Such a pre-indictment resolution may benefit the defendants. The parties agree that, if the requested time is excluded, the government has until September 19, 2020 to return an indictment in this case. A proposed order is attached.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Michael J. Crowley*
Michael J. Crowley
Assistant U.S. Attorney

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                          By:   */s/ Michael J. Crowley*
                                                   Michael J. Crowley
                                                   Assistant U.S. Attorney

Date: July 16, 2020